427 A.2d 1160

**Frank SCHMECK, Jr. et al., Petitioners,**

v.

**GENERAL BATTERY CORPORATION**

**and**

**Commonwealth of Pennsylvania.**

Supreme Court of Pennsylvania.

Dec. 18, 1980.

Joseph Lurie, Philadelphia, for petitioners.

Richard A. Bausher, Reading, Sandra Christiason, Harrisburg, for respondents.

## ORDER

PER CURIAM.

And NOW, this 18th day of December 1980, the order of the Commonwealth Court is reversed and the case remanded

14

for computation of benefits. *See Lash v. Workmen's Compensation Appeal Board and General Battery Corporation,* 491 Pa. 294, 420 A.2d 1325 (1980).